**Fill in this information to identify the case:**

Debtor 1      Yaimara  Cruz

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Southern    District of    Florida
                                                                 (State)

Case number      25-18248

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**    UMB Bank, National Association, not in its individual capacity but solely as trustee for IOF III Trust U-16D

**Court claim no.** (if known):     11-2

**Last four digits** of any number you use to identify the debtor's account:     1741

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒     No

☐     Yes. Date of the last notice: _____ .

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | |
| 2. Non-sufficient funds (NSF) fees) | | (2) | |
| 3. Attorney fees | | (3) | |
| 4. Filing fees and court costs | | (4) | |
| 5. Bankruptcy/Proof of claim fees | Proof of Claim    09/04/2025 | (5) | $250.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | |
| 7. Property inspection fees | | (7) | |
| 8. Tax advances (non-escrow) | | (8) | |
| 9. Insurance advances (non-escrow) | | (9) | |
| 10. Property preservation. Specify: | | (10) | |
| 11. Other. Specify: | Plan Review Fee    07/29/2025 | (11) | $250.00 |
| 12. Other. Specify: | | (12) | |
| 13. Other. Specify: | | (13) | |
| 14. Other. Specify: | | (14) | |
| 15. Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $500.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Yaimara  Cruz | Case Number (if known) | 25-18248 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Part 2:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐    I am the creditor.

☒    I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ William Lee
Signature

Date    12/03/2025

Print    William Lee
First Name    Middle Name    Last Name

Title    Authorized Agent for NewRez LLC d/b/a Shellpoint Mortgage Servicing

Company    Bonial & Associates, P.C.

Address    14841 Dallas Parkway, Suite 350
Number    Street

Dallas, Texas  75254
City    State    ZIP Code

Contact phone    (972) 643-6600      Email    POCInquiries@BonialPC.com

**Official Form 410S2**         **Notice of Postpetition Mortgage Fees, Expenses, and Charges**         7770-N-1128

**CERTIFICATE OF SERVICE OF NOTICE OF FEES AND COSTS**

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and

served upon the following parties in interest on or before January 12, 2026  via U.S. Mail.  All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**                                    *Via U.S. Mail*
Yaimara Cruz
5685 East 2 Ave
Hialeah, FL 33013

                                    Respectfully Submitted,

                                    /s/ William Lee
                                    William Lee

NOTICE OF FEES AND COSTS - CERTIFICATE OF SERVICE                                    7770-N-1128